```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 45028
   DEBRA FLOWERS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2403

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 01/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------------
CENTRIX FINANCIAL LLC      SECURED            9675.00       1872.73      2841.47
CENTRIX RESOURCE SYSTEMS   UNSECURED        NOT FILED           .00          .00
CITY OF CHICAGO WATER DE   SECURED             250.00           .00        99.88
DOROTHY S WILLIAMS         MORTGAGE ARRE      400.00           .00       154.43
DOROTHY S WILLIAMS         CURRENT MORTG         .00           .00           .00
FUTURE FINANCE             SECURED NOT I         .00           .00           .00
HOMEQ SERVICING CORP       MORTGAGE ARRE     7767.98           .00       2999.46
HOMEQ SERVICING CORP       CURRENT MORTG         .00           .00           .00
ADT SECURITY               UNSECURED        NOT FILED           .00          .00
ARONSON FURNITURE          UNSECURED        NOT FILED           .00          .00
ASSET ACCEPTANCE CORP      UNSECURED          963.29           .00          .00
RECOVERY MANAGEMENT SYST   FILED LATE        2209.64           .00          .00
WATSON CHEVROLET           UNSECURED        NOT FILED           .00          .00
CAPITAL ONE BANK           UNSECURED        NOT FILED           .00          .00
CINGULAR WIRELESS          UNSECURED        NOT FILED           .00          .00
CITY OF CHICAGO PARKING    UNSECURED         2815.00           .00          .00
COMMONWEALTH EDISON        UNSECURED         1578.70           .00          .00
EDGEWOOD APARTMENTS        FILED LATE        1677.25           .00          .00
GENESIS CLINICAL LAB       UNSECURED        NOT FILED           .00          .00
ICE MOUNTAIN SPRING WATE   UNSECURED        NOT FILED           .00          .00
PROFESSIONAL ADJUSTMENT    NOTICE ONLY      NOT FILED           .00          .00
GEMB/JC PENNEY             UNSECURED        NOT FILED           .00          .00
LASALLE BANK               UNSECURED        NOT FILED           .00          .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED           .00          .00
ORCHARD BANK               UNSECURED        NOT FILED           .00          .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00           .00          .00
RENITA ANDERSON            UNSECURED        NOT FILED           .00          .00
SPRINT                     UNSECURED        NOT FILED           .00          .00
PROFESSIONAL CREDIT SERV   NOTICE ONLY      NOT FILED           .00          .00
STATE FARM                 UNSECURED        NOT FILED           .00          .00
TJ MAXX                    UNSECURED        NOT FILED           .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 45028 DEBRA FLOWERS
```

```
TARGET                     UNSECURED       NOT FILED              .00              .00
TCF NATIONAL BANK          UNSECURED       NOT FILED              .00              .00
UNITED COLLECTION BUREAU   FILED LATE         187.00              .00              .00
VALUE CITY                 UNSECURED       NOT FILED              .00              .00
WIRELESS RETAIL            UNSECURED       NOT FILED              .00              .00
FUTURE FINANCE             UNSECURED          411.37              .00              .00
MANCARIS AUTO MART INC     UNSECURED          290.00              .00              .00
JOSEPH WROBEL              DEBTOR ATTY      2,394.00                          2,394.00
TOM VAUGHN                 TRUSTEE                                              660.52
DEBTOR REFUND              REFUND                                                  .00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------

```
TRUSTEE                  11,022.49

PRIORITY                                                .00
SECURED                                            6,095.24
   INTEREST                                        1,872.73
UNSECURED                                               .00
ADMINISTRATIVE                                     2,394.00
TRUSTEE COMPENSATION                                 660.52
DEBTOR REFUND                                           .00
                        ---------------      ---------------
TOTALS                   11,022.49              11,022.49
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/25/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```